IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARLOS S. KENON,

    Petitioner,

v.                                        Case No. 4:25-cv-153-AW-MJF

RICKY DIXON,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner has not complied with court orders or paid the filing fee, and he has not objected to the magistrate judge's report and recommendation (ECF No. 12), which recommends dismissal on that basis. It appears Petitioner has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with court orders, failure to pay the filing fee, and failure to prosecute." The clerk will then close the file.

SO ORDERED on October 6, 2025.

                                                  s/ *Allen Winsor*
                                                  Chief United States District Judge